FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAR 11 AM 9:38

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:21CR 017** |
| Plaintiff, | |
| | JUDGE **J. COLE** |
| v. | |
| | **INDICTMENT** |
| JORDAN WIMBERLY and RYAN CARTER, | |
| | 18 U.S.C. § 924(c) |
| | 18 U.S.C. § 924(j)(1) |
| Defendants. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

<u>COUNT 1</u>
(Use of a Firearm to Commit Murder During and In Relation to a Crime of Violence)

On or about January 29, 2015, in the Southern District of Ohio, the defendants, **JORDAN WIMBERLY** and **RYAN CARTER**, knowingly used, carried, brandished, and discharged a firearm during and in relation to a crime of violence that may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery in violation of Title 18, United States Code, Section 1951(a), and in the course of said offense did cause the death of a person, Lerois Harris, through the use of a firearm, the killing of whom was murder as defined in Title 18, United States Code, Section 1111.

**In violation of Title 18, United States Code, Sections 924(c) and 924(j)(1);** *Pinkerton v. United States*, **328 U.S. 640 (1946).**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendants, **JORDAN WIMBERLY** and **RYAN CARTER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of the offense.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

_____
ASHLEY N. BRUCATO / JULIE D. GARCIA
ASSISTANT UNITED STATES ATTORNEYS

EG