UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
              Plaintiff,

v.                                                    Case No. 1:21-cr-00017(2)

RYAN CARTER
              Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Stephanie K. Bowman

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # _1664_ )          Date/Time: 5/12/21 @ 1:30 pm
United States Attorney: Ashley Brucato/Julie Garcia

Defendant Attorney: Will Welsh (CJA)                    Interpreter:   N/A

☐ By telephone  ☒ By videoconferencing   ☒ Def (does) does not consent to proceed
*Initial Appearance:* ☐ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☐ Counsel present          ☐ *Superseding Indictment*                                  ☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☐ Defendant informed of his / her rights  ☐ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed ☐ FPD  ☐ CJA)  ☐ Charging document unsealed upon oral motion of the United States
☐ Government informed of requirements of Fed. R. Crim. P. 5(f)
*Detention:* ☒ Defendant to be detained pending trial pursuant to pretrial detention order  ☐ Defendant did not contest detention at this time
Plaintiff Witness _____          ☐ Detention is moot-active parole/probation detaine
Defendant Witness _____        ☐ Detention is moot - serving state sentence
☐ OR  ☐ Secured with _____     ☐ Home Incarceration
                                              ☐ Electronic Monitor  ☐ Other ☐ Home Detention ☐ Curfew
                                              ☐ Location Monitoring ☐ GPS ☐ RF
Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
_____ ☐ Do not obtain passport   ☐ Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____     Defendant Witnesses: _____

AUSA Exhibits: _____       Defendant Exhibits: _____

*Arraignment on* ☒ *Indictment*   ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☒                    Defendant pleads: ☐ GUILTY  ☒ NOT GUILTY
☐ PSI ordered                                ☐ Sentencing set for _____
☒ Case to proceed before **JUDGE COLE**

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing          ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered     ☐ Removed to _____
☐ Probable Cause Found
                                             ☐ Defendant to voluntarily report to charging district no later than
                                             _____

Remarks: