## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,      :

      Plaintiff,          :      Case No. 1:21-cr-017-2

      vs.              :      JUDGE COLE

RYAN CARTER,            :

      Defendant.       :

William M. Welsh, counsel for Defendant, Ryan Carter, respectfully moves this Court to be allowed to withdraw as Defendant's counsel.

Pursuant to S.D. Ohio Crim. R. 1.2 and S.D. Ohio Civ. R. 83.4(c)(2). Counsel asserts that good cause, as defined by the Rules of Professional Conduct, exists to permit the withdrawal. There has been a breakdown in the attorney-client relationship, and it is in Mr. Carter's best interest that new counsel be appointed to represent him.  The Ohio Code of Professional Responsibility Disciplinary Rule 2-110(C)(1)(d) states in part that an attorney may request permission to withdraw in matter pending before a tribunal if his client "by other conduct renders it unreasonably difficult for the lawyer to carry out his employment effectively."

Defendant requests that another attorney be appointed and respectfully requests that this Court grant counsel's Motion to Withdraw from this case.

Respectfully Submitted


<u>S/ William M. Welsh</u>
William M. Welsh # 0059973
Attorney for Defendant
215 East Ninth Street
Suite 100
Cincinnati, Ohio 45202
(513) 241-1989


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response was delivered to the office of the U.S. Attorney for the Southern District of Ohio, on the date of the filing.

<u>S/ William M. Welsh</u>
William M. Welsh