AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Ohio

UNITED STATES OF AMERICA

v.

Ryan Carter (2)

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:21-cr-17

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Hon. Jeffery P. Hopkins | U.S. District Judge
Name of Judge | Title of Judge

10/5/2023
Date