IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff,* | : Case No. 1:21-cr-17 |
| vs. | : Judge Jeffery P. Hopkins |
| JORDAN WIMBERLY, RYAN CARTER, | : |
| *Defendants.* | : |

### VERDICT FORM AS TO DEFENDANT RYAN CARTER

We, the jury, with respect to the charge set forth in Count 1 of the Indictment, Use of a Firearm to Commit Murder During and in Relation to a Crime of Violence in violation of 18 U.S.C. § 924(j)(1), unanimously find the defendant, RYAN CARTER:

__X__ Not Guilty      _____ Guilty

Date: 10/5/2023